# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>USA GYMNASTICS,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 18-09108-RLM-11 |
| USA GYMNASTICS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEDDERTS' TWISTARS USA GYMNASTICS CLUB, INC., TWISTARS USA, INC., JOHN GEDDERT, KATHRYN GEDDERT, DONALD PETERS, SOUTHERN CALIFORNIA ACRO TEAM, INC., BMK PARTNERS LTD, BMK TRAINING FACILITIES, LTD., KAROLYI TRAINING CAMPS, LLC, BELA KAROLYI, MARTHA KAROLYI, KAROLYI'S ELITE, KAROLYI WORLD GYMNASTICS, INC., RICHARD CARLSON, and WORLD SPORT CHICAGO.<br><br>　　　　Defendants. | Adv. Case. No. 19-50075 |

**DECLARATION OF CATHERINE STEEGE IN COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7065 AND LOCAL RULE 7065-2(B) <u>REGARDING NOTICE TO PARTIES</u>**

Catherine L. Steege, counsel to Plaintiff USA Gymnastics ("**USAG**") in this adversary proceeding, pursuant to Federal Rule of Bankruptcy Procedure 7065 and Rule 7065-2(b) of the

---

[1] The last four digits of the Debtor's federal tax identification number are 7871. The location of the Debtor's principal office is 130 E. Washington Street, Suite 700, Indianapolis, Indiana 46204.

Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby certifies that she has served notice of the filing of Plaintiff's Complaint For Injunctive Relief Under 11 U.S.C. § 105(a), Plaintiff's Motion For A Preliminary Injunction, and Plaintiff's Memorandum Of Law In Support Of Its Motion For A Preliminary Injunction, as indicated in the Certificate of Service below.

Dated: March 29, 2019  /s/ Catherine L. Steege

Catherine L. Steege (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
csteege@jenner.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleadings were filed electronically this 29th day of March, 2019. Notice of these filings will be sent to all parties by operation of the Court's electronic filing system, and the undersigned will serve all known counsel listed below by overnight mail and e-mail. Parties may access the filings through the Court's electronic filing system.

/s/ Catherine L. Steege

*Counsel for the Debtor*

| | |
|---|---|
| **GEDDERTS' TWISTARS USA GYMNASTICS CLUB, INC., TWISTARS USA, INC., JOHN GEDDERT, AND KATHRYN GEDDERT** | **BMK PARTNERS LTD, BMK TRAINING FACILITIES, LTD., KAROLYI TRAINING CAMPS, LLC, BELA KAROLYI, MARTHA KAROLYI, KAROLYI'S ELITE, AND KAROLYI WORLD GYMNASTICS, INC.** |
| ZAUSMER AUGUST & CALDWELL, P.C.<br>Cameron R. Getto<br>Grant David Kelter<br>32255 Northwestern Hwy., Ste. 225<br>Farmington Hills, MI 48334<br>Telephone: (248) 851-4111<br><br>cgetto@zacfirm.com<br>gkelter@zacfirm.com | BERG & ANDROPHY<br>David H. Berg<br>Joel M. Androphy<br>Victoria Mery<br>3704 Travis Street<br>Houston, TX 77002<br>Telephone: (713) 529-5622<br><br>dberg@bafirm.com<br>jandrophy@bafirm.com<br>vmery@bafirm.com<br><br>-and-<br><br>MATTINGLY BURKE COHEN & BIEDERMAN LLP<br>Weston E. Overturf<br>Sarah L. Fowler<br>155 E. Market Street, Suite 400<br>Indianapolis, IN, 46204<br>Telephone: (317) 614-7320<br><br>wes.overturf@mbcblaw.com<br>sarah.fowler@mbcblaw.com |

| | |
|---|---|
| **SOUTHERN CALIFORNIA ACRO TEAM, INC.**<br><br>LAW OFFICES OF KEVIN O'CONNELL<br>Kevin O'Connell<br>Christopher Hyland<br>13051 Central Avenue, Suite A<br>Chino, CA 91710<br>Telephone: (909) 236-7009<br><br><br>Kevinocconnell.law@gmail.com<br>Lalaw500@gmail.com | **DONALD PETERS**<br><br>WILSON, ELSER, MOSKOWITZ, ET AL.<br>Adam Le Berthon<br>Julianna Mather<br>555 S. Flower St., Ste. 2900<br>Los Angeles, CA 90071-2407<br>Telephone: (213) 330-8972<br><br>Adam.leberthon@wilsonelser.com<br>Julianna.mather@wilsonelser.com |
| **WORLD SPORT CHICAGO, INC.**<br><br>DYKEMA GOSSETT PLLC<br>Ian M. Sherman<br>Jon Ibarra<br>10 S Wacker #2300<br>Chicago, IL 60606<br>(312) 876-1700<br><br>isherman@dykema.com<br>jibarra@dykema.com | **RICHARD CARLSON**<br><br>JOHN R. LEWIS, JR. ESQ., P.C.<br>John R. Lewis, Jr.<br>4 West Gate Road<br>Farmingdale, NY 11735<br>Telephone: (516) 501-9000 |