B2500 (rev 12/2016)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In Re:

USA Gymnastics

Debtor(s)

Case Number:

**18-09108-RLM-11**

USA Gymnastics

Plaintiff(s)

vs.

Adversary Case Number:

Richard Carlson, et al.

**19-50075**

Defendant(s)

## CERTIFICATE OF SERVICE REGARDING SUMMONS

I, Cathy Steege _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on May 15, 2019 _____ (date) by one of the following methods:

● **Mail Service:** Regular, first class United States mail, and postage fully pre-paid. **(List names/addresses below.)**

○ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant. **(List names/addresses below.)**

○ **Residence Service:** By leaving the process with an adult. **(List names/addresses below.)**

○ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant. **(List names/addresses below.)**

○ **Publication:** The defendant was served as follows in the space below.

○ **State Law:** The defendant was served pursuant to the laws of the State of _____ (U. S. state), as follows in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

Richard Carlson
5 Michel Avenue
Farmingdale, NY 11735
(by overnight mail)

**Under penalty of perjury, I declare that the foregoing is true and correct.**

/s/ Cathy Steege

Signature

May 15, 2019

Date

353 N. Clark St.

Business Address

Chicago, IL 60654

Business City, State, and Zip