UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 06/2018)

In re:

**USA Gymnastics**,
       Debtor.

Case No. **18−09108−RLM−11**

Adv. Proc. No. **19−50075**

**USA Gymnastics**,
       Plaintiff,
  vs.
**Gedderts' Twistars USA Gymnastics Club, Inc.**,
**Twistars USA, Inc.**,
**John Geddert**,
et al.,
       Defendants.

## NOTICE OF DEFICIENT FILING

A Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 was filed on May 6, 2019, by Defendant Richard Carlson.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Pleading needs bifurcated

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by June 5, 2019, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated: May 22, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court